AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

United States of America
v.
Tamiria Perry

Case No. 8:24cr-416-JSM-TGW

*SEALED*
OCT 3 2024 PM 2:42
FILED - USDC - FLMD - TPA

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Tamiria Perry,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to commit bank fraud, bank fraud, and attempted bank fraud in violation of 18 USC § 1344.

Date: 09/19/2024

*Issuing officer's signature*

City and state: Tampa FL

**AMPARO MORENO**
ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on (date) 9-19-24, and the person was arrested on (date) 10-3-24
at (city and state) _____.

Date: 10-3-24

*Arresting officer's signature*

Daniel Mullen SA
*Printed name and title*